## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| EDUVIGES MARTINEZ HERNANDEZ, | ) | CASE NO. 3:25CV02591 |
| | ) | |
| Petitioner, | ) | JUDGE DAVID A. RUIZ |
| | ) | MAGISTRATE JUDGE GREENBERG |
| v. | ) | |
| | ) | |
| KEVIN RAYCRAFT, in his official | ) | **STIPULATED DISMISSAL ENTRY** |
| capacity as Director of the Detroit | ) | |
| Field Office for U.S. Customs and | ) | |
| Immigration Enforcement, et al. | ) | |
| | ) | |

Now comes the parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that this matter may be dismissed without prejudice.  On March 15, 2026, Petitioner Eduviges Martinez Hernandez was released from immigration detention.

Respectfully submitted,

/s/ *Kim Alabasi*
KIM ALABASI (#0077287)
/s/ *Kavitha Bhagat*
KAVITHA BHAGAT (#0088536)
*Attorneys for Petitioner*

DAVID M. TOEPFER
United States Attorney

By:   /s/ *Kimberly L. Lubrani*
KIMBERLY L. LUBRANI (#0088031)
Assistant United States Attorney
*Counsel for Federal Respondents*

IT IS SO ORDERED.

/s *David A. Ruiz*
JUDGE DAVID A. RUIZ
United States District Court

Date: March 25, 2026

1